UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BLOUNT, aka SANDRA CASTRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al,<br><br>　　　　　Defendants. | No. CV 13-8672 DDP (FFMx)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ATTORNEY'S FEES |

On October 7, 2014, this Court granted plaintiff's motion to compel to the extent specified on the record at the hearing held on the motion. At that time, the Court took under submission plaintiff's request for recovery of the attorney's fees incurred in connection with the motion.

After further consideration, the Court finds that the motion should not have been necessary. Given the issue involved, the parties should have been able to work out a resolution without the necessity of Court intervention. Therefore, the Court finds it appropriate to award plaintiff, as a prevailing party on the motion, attorney's fees. Given

/ / /

/ / /

/ / /

/ / /

/ / /

1  all the circumstances, the Court awards plaintiff $2,000.00 in attorney's fees.  Defendant
2  is ordered to pay the amount awarded within 15 days of the date of this order.

4  DATED: October 14, 2014

      /S/ FREDERICK F. MUMM
      FREDERICK F. MUMM
      United States Magistrate Judge