O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA BLOUNT aka SANDRA CASTRO, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendants. | Case No. CV 13-08672 DDP (AGRx) <br><br> **ORDER EXTENDING DISCOVERY CUTOFF DATE AND AUTHORIZING LIMITED DEPOSITIONS** <br><br> [Dkt. Nos. 81, 83, 84] |

This is an excessive force lawsuit, in which Plaintiff alleges "serious disabling injuries, including injuries to her left arm and shoulder." (Dkt. No. 1, Ex. 1 (state complaint) at 3.) Defendant represents to the Court that it has recently uncovered evidence, not disclosed by Plaintiff during discovery, suggesting pre-existing injuries to the same arm and shoulder. (Dkt. No. 83 and exhibit attached thereto.) Defendant moves, ex parte, to extend the discovery cutoff from its current date of January 12, 2015 (see Dkt. No. 65) to February 13, 2015, and to be allowed to re-depose Plaintiff and to depose her treating physician. Plaintiff stipulates to the extension of the discovery cutoff, (Dkt. No. 81), but opposes the depositions. Plaintiff's attorney represents to

the Court that his client says she has not sustained any prior injury to the arm and shoulder.  (Dkt. No. 85 and exhibit attached thereto.)

The Court, finding good cause in Defendant's newly discovered information to allow *limited* additional depositions, GRANTS the ex parte application as follows:

- The fact discovery cutoff date is now February 13, 2015.

- Defendant may take *one* deposition of Plaintiff, no more than 2 hours in length, at a place convenient to Plaintiff, and limited *solely* to the subject of the alleged previous injuries to the hand, wrist, arm, and/or shoulder as indicated by the documents submitted by Defendant with its ex parte application.

- Defendant may take *one* deposition of the physician alleged to have treated Plaintiff for the injuries indicated in the documents submitted.  The deposition shall be no more than 2 hours in length, at a place convenient to the physician witness, and limited *solely* to the subject of the alleged previous injuries to the hand, wrist, arm, and/or shoulder as indicated by the documents submitted by Defendant with its ex parte application.

IT IS SO ORDERED.

Dated: January 5, 2015

DEAN D. PREGERSON
United States District Judge

2